FILED

03/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0020

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0020

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JACOB ANDREW SAUNDERS,

      Defendant and Appellant.

## GRANT

      Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 21, 2021, to prepare, file, and serve the Appellant's reply brief.

      No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 25 2021